In the Matter of the Application of RAYMOND KELLY and GEORGE B. CLASS, as Executors, etc., of LOUISA WEX, Deceased, for an Order to Discover Personal Property Belonging to Decedent. CHRISTIAN J. BROWNLIE, Appellant; RAYMOND KELLY and GEORGE B. CLASS, as Executors, etc., of LOUISA WEX, Deceased, Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ. [See 176 Misc. 365.]

PHILIP ROCKFELLER, Respondent, v. MOTOR HAULAGE Co., INC., Appellant.— The evidence did not justify a finding of liability on the part of the defendant. Judgment unanimously reversed, with costs, and the complaint dismissed, with costs. Present — Martin, P. J., O'Malley, Cohn and Callahan, JJ.

## (May 26, 1941.)

MANUFACTURERS MUTUAL FIRE INSURANCE COMPANY OF RHODE ISLAND and Six Others, Suing as Stockholders, etc., Plaintiffs, Respondents, and Also on Behalf and in the Right of ASSOCIATED GAS AND ELECTRIC COMPANY, Defendant, Respondent, v. HOWARD C. HOPSON and Others, Defendants, Respondents. STANLEY CLARKE, as Trustee of ASSOCIATED GAS AND ELECTRIC COMPANY, Debtor, Petitioner, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ. [176 Misc. 220.]

In the Matter of the Application of EDWARD M. JAMES for an Order of Prohibition against the DOMESTIC RELATIONS COURT OF THE CITY OF NEW YORK and FLORENCE S. JAMES. EDWARD M. JAMES v. DOMESTIC RELATIONS COURT OF THE CITY OF NEW YORK and FLORENCE S. JAMES. THE PEOPLE OF THE STATE OF NEW YORK, on the Relation of EDWARD M. JAMES v. DAVID J. GANDOLFI.— Motion to dismiss appeal granted. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See 261 App. Div. 806.]